**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Omar CARRIZOSA–FLORES,**
**Defendant–Appellant.**

**No. 09–50474**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 4, 2011.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Philip J. Lynch, Assistant Federal Public Defender, Henry Joseph Bemporad, Federal Public Defender, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

---

Before GARZA, DENNIS, and ELROD, Circuit Judges.

## ON REMAND FROM THE UNITED STATES SUPREME COURT

PER CURIAM: *

In light of the Supreme Court's judgment vacating and remanding this case, we hereby vacate the sentence and remand for resentencing. See *Carachuri–Rosendo v. Holder,* — U.S. —, 130 S.Ct. 2577, 177 L.Ed.2d 68 (2010). The mandate shall issue forthwith.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.